IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
(GREENVILLE DIVISION)

| | | |
|---|---|---|
| STATE OF MISSISSIPPI, BY: | | |
| AFFIDAVIT OF STEVEN TYLER | | PLAINTIFFS |
| | | |
| v. | MSN No.: 4:17-CV-079-DMB-JMV | |
| | | |
| JAMES R. BOBO, WILLIAM L. CARTER & | | |
| JOHN D. ROGERS, PROCEEDING IN THEIR CAPACITIES AS | | |
| SWORN LAW ENFORCEMENT OFFICERS | | DEFENDANTS |

NOTICE OF STATE COURT RECORD FILING

**TO: The Honorable Clerk of the Court
& Persons Interested**

 **NOTICE:** on the date below, the record of state court proceedings was caused to be filed, including the record of proceedings commenced by Earnest Lee. *See,* L.U.CIV.R. 26(a).


 **THIS, 20th day of June, 2017.**

                RESPECTFULLY SUBMITTED,


                */s/ Erich G. Jerscheid*
                Erich G. Jerscheid, Esq. (MSB#104982)
                Erich G. Jerscheid, PLLC
                Post Office Box 55874-3935
                Jackson, Mississippi 39296
                Office: (601) 914-2741
                Facsimile: (601) 605-0447
                ejerscheid@redjlaw.com

## CERTIFICATE OF SERVICE

ON the 20TH day of June 2017 I caused to be filed a true and correct copy of the above and foregoing and provided a copy of this Notice & Certificate of Filing to the following persons in the manner as provided below on the 21st day of June 2017:

| Gary Austin, Prosecutor<br>Sunflower County, Mississippi<br>**Via Email: austingl@bellsouth.net** | James M. Hood, III<br>Mississippi Attorney General<br>**Via Email: c/o – jdavi@ago.state.ms.us** |
|---|---|
| Steven Tyler, Affiant<br>P.O. Box 747<br>Webb, MS 38966<br>**Via First Class Mail** | Douglas Wade as legal counsel to:<br>Earnest Lee, Affiant<br>Mississippi State Penitentiary Superintendent<br>**Via email: doug@wadelawofficepllc.com** |

RESPECTFULLY SUBMITTED,
ERICH G. JERSCHEID, PLLC

/s/      *Erich G. Jerscheid*
Erich G. Jerscheid, Esq. (MSB#104982)