## GENERAL AFFIDAVIT, CRIMINAL
(C. 99-25-1, 99-23-3)

State of Mississippi
Sunflower County

Before me  Vicky Rogers , a Justice Court Judge/Clerk of said County in Justice District No. ___

Steven Tyler (P.O. Box 747 - 390 11 Mill Rd Quarter Rd, Webb, MS 38966) makes affidavit that  James Bobo , on or about the 21 day of November, A.D., 2016, in said County, in said Justice's District did

James BoBo did purposely, Knowingly and unlawfully cause bodily injury to Steven Tyler by grabbing him around the neck and choking him.

against the peace and dignity of the State of Mississippi ___

in violation of Section ___ of the Mississippi Code of 1972 as annonated.

_Steven Tyler_

Sworn to and subscribed before me, this 25 day of May 2017

_Vicky Rogers_
Justice Court Judge/Clerk