STATE WITNESS SUBPOENA   CIRCUIT COURT   CAUSE NO. Unnumbered

STATE OF MISSISSIPPI

THE SHERIFF OF ANY COUNTY

You are hereby commanded to summon:

Officer James Bobo
Mississippi Department of Corrections
CID
Parchman, MS

if to be found in your County, to be and personally appear before the Circuit Court of the County of Sunflower in said State, at the COUNTY COURTHOUSE IN **SUNFLOWER COUNTY,** Mississippi, on the __5th__ day of __June__, A.D., 2017 at __10.45 a.m.__, then and there to testify on behalf of **THE STATE OF MISSISSIPPI**, (at whose instance this writ is issued) in which William Carter is defendant and that (he, she, they) in nowise fail to appear, under the penalty prescribed by the statue; and have there then this Writ.

Given under my hand and seal of said Court, and issued the 1st day of June 2017.

CAROLYN P. HAMILTON, CIRCUIT CLERK
SUNFLOWER COUNTY, MISSISSIPPI

BY: _[signature]_   D.C.