## GENERAL AFFIDAVIT, CRIMINAL
(C. 99-25-1, 99-23-3)

State of Mississippi
Sunflower County

Before me __Vicky Rogers__, a Justice Court Judge/Clerk of said County in Justice District No. ____

__Steven Tyler (PO Box 747 - 39 Oil Mill Quarter Rd) Webb, MS 38966__ makes affidavit that __John Rogers__, on or about the __21__ day of __November__ A.D., __2016__, in said County, in said Justice's District did

John Rogers did purposely, knowingly and unlawfully cause bodily injury to Steven Tyler by busting through the door throwing (Steven Tyler) me to the floor kicking me in my inner thigh and punching me between my legs in my private area (genitals). He (John Rogers) also rushed me with his (John Rogers) forearm while I was in handcuffs causing difficulty to breath.

against the peace and dignity of the State of Mississippi ____

in violation of Section ____ of the Mississippi Code of 1972 as annonated.

X __Steven Tyler__

Sworn to and subscribed before me, this __25__ day of __May__ 20__17__

__Vicky Rogers__ D.C.
Justice Court Judge/Clerk