Serial: 211239

IN THE SUPREME COURT OF MISSISSIPPI

No. 2017-M-00256

**FILED**

MAR 08 2017

OFFICE OF THE CLERK
SUPREME COURT
COURT OF APPEALS

*IN RE: JAMES R. BOBO*                                      *Petitioner*

### ORDER

This matter is before the panel of Randolph, P.J., Kitchens and Coleman, JJ., on the Emergency Petition for Writ of Prohibition and/or Mandamus Protection from Compelled Testimony at Own Probable Cause Hearing & Additional Grounds Warranting Extraordinary Relief filed by James R. Bobo. After due consideration, the panel finds that Bobo has not first sought relief in the trial court and that the petition should be dismissed without prejudice.

IT IS THEREFORE ORDERED that the Emergency Petition for Writ of Prohibition and/or Mandamus Protection from Compelled Testimony at Own Probable Cause Hearing & Additional Grounds Warranting Extraordinary Relief filed by James R. Bobo is dismissed.

SO ORDERED, this the ___ day of March, 2017.

MICHAEL K. RANDOLPH, PRESIDING JUSTICE