04-27-'17 14:38 FROM- SUN CIRCUIT CLERK   RECEIVED 04/27/2017 02:38PM   16628877077   T-193  P0006/0006 F-659

IN THE CIRCUIT COURT OF SUNFLOWER COUNTY, MISSISSIPPI

STATE OF MISSISSIPPI

VS.                                                     CAUSE NO. UNNUMBERED

JAMES R. BOBO

### ORDER

THIS CAUSE came before the Court for determination of probable cause for the issuance an arrest warrant for James R. Bobo for the alleged assault of Earnest Lee on or about November 21, 2016. After due consideration of the evidence presented during the hearing held in this cause, this Court finds that probable cause exists and that an arrest warrant shall be issued in this matter.

SO ORDERED AND ADJUDGED this the 20th day of April, 2017.

_____
CIRCUIT JUDGE

FILED
APR 21 2017
CAROLYN B. HAMILTON
BY _____ D.C.

MB 191
pg 444