Serial: **212986**

## IN THE SUPREME COURT OF MISSISSIPPI

No. 2017-M-00648-SCT

| | | |
|---|---|---|
| *JAMES R. BOBO* | **FILED** | *Petitioner* |
| *v.* | JUN 06 2017 | |
| *STATE OF MISSISSIPPI* | OFFICE OF THE CLERK<br>SUPREME COURT<br>COURT OF APPEALS | *Respondent* |

### ORDER

This matter is before the panel of Waller, C.J., King and Chamberlin, JJ., on several motions filed by James R. Bobo. After due consideration, the panel finds that the Petition for Interlocutory Review by Permission, To Wit: Order Finding Probable Cause & Directing Issuance of Arrest Warrant; the Petition for Interlocutory Review by Permission, To Wit: Relief Denied Upon First Amended Notice of Special Appearance & Expedited Application: MRCP 65 Protection & Petition for Extraordinary Relief; and the Motion for Leave to Proceed Without Appeal Costs should be denied. The panel further finds that the Motion to Supplement the Record; the Motion to Consolidate; and the Expedited Motion for Writ of Prohibition to Sunflower County should be dismissed as moot.

IT IS THEREFORE ORDERED that the Petition for Interlocutory Review by Permission, To Wit: Order Finding Probable Cause & Directing Issuance of Arrest Warrant is denied.

IT IS FURTHER ORDERED that the Petition for Interlocutory Review by Permission, To Wit: Relief Denied Upon First Amended Notice of Special Appearance & Expedited Application: MRCP 65 Protection & Petition for Extraordinary Relief is denied.

IT IS FURTHER ORDERED that the Motion for Leave to Proceed Without Appeal Costs is denied.

IT IS FURTHER ORDERED that the Motion to Supplement the Record is dismissed.

IT IS FURTHER ORDERED that the Motion to Consolidate is dismissed.

IT IS FURTHER ORDERED that the Expedited Motion for Writ of Prohibition to Sunflower County is dismissed.

SO ORDERED, this the 6th day of June, 2017.

_____
LESLIE D. KING, JUSTICE