# GENERAL AFFIDAVIT, CRIMINAL
(C. 99-25-1, 99-23-3)

State of Mississippi
Sunflower County

Before me __Vicky Rogers__, a Justice Court Judge/Clerk of said County in Justice District No. ___

__Steven Tyler (PO Box 747 - 39 Oil Mill Quarter Rd., Webb, MS 38966)__ makes affidavit that __William Carter__, on or about the __21__ day of __November__, A.D., __2016__, in said County, in said Justice's District did __William Carter did purposely, knowingly and unlawfully cause bodily injury to Steven Tyler by rushing him (Steven Tyler) from behind, thereby pending him (Steven Tyler) to the door.__

against the peace and dignity of the State of Mississippi ___

in violation of Section ___ of the Mississippi Code of 1972 as annonated.

_Steven Tyler_ (signature)

Sworn to and subscribed before me, this __25__ day of __May__ 20__

_Vicky Rogers_
Justice Court Judge/Clerk