## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**STATE OF MISSISSIPPI BY:**

**AFFIDAVIT OF STEVEN TYLER**                                    **PLAINTIFF**

**v.**                                                 **CASE NO.: 4:17-cv-79-DMB-JMV**

**JAMES R. BOBO,** *et al.*                                       **DEFENDANTS**

### STAY ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery **not relevant** to the remand … issue … and will stay the parties' obligation to make disclosures pending the court's ruling on the motion." L.U. Civ. R. 16(b)(1)(B) (emphasis added).  Because the Defendants have moved to remand this case to state court [14], staying certain proceedings is appropriate.

If any party desires to take remand-related discovery, they must file a motion for leave to do so within seven (7) days hereof, setting forth the type and scope of such discovery and an estimated time frame for constructing it. If any party objects to the motion for discovery, it shall file its objection within four (4) days following service of the motion for remand-related discovery.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the motion to remand. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to remand and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 15th day of May, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**